UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dawn Hughey,

        Plaintiff,        Case No. 19-10368

v.        Judith E. Levy
        United States District Judge

Anthony Easlick,

        Mag. Judge Elizabeth A.
        Defendant.    Stafford

_____/

## ORDER ON PENDING OBJECTIONS TO TRIAL DEPOSITIONS

Before the Court are the parties' objections to the trial depositions of witnesses Jerry Matlen, M.D.; Bruce D. Lawrence, D.O.; and Dirk W. Snyder, M.D. The Court has reviewed the transcripts and resolves the objections as follows:

**Dr. Matlen** – September 2, 2022

- Tr. 29:13–19 – The objection is SUSTAINED. The highlighted portion of the transcript and Tr. 28:18–29:12 are excluded.

- ***Tr. 30:21–32:25*** – In addition to the agreed upon objections at Tr. 31:2–14 and 32:13–25, the Court also sua sponte STRIKES Tr. 30:21–31:1 and 31:15–32:12 as irrelevant and therefore

inadmissible. *See* Fed. R. Evid. 401, 402. These additional portions of the transcript are excluded.

- Tr. 36:25–37:2 – The objection is OVERRULED. The highlighted portion of the transcript is excluded.

- Tr. 40:25–41:2 – The objection is OVERRULED. The highlighted portion of the transcript is excluded.

- Tr. 43:6–20 – The objection is SUSTAINED. The highlighted portion of the transcript is excluded.

- Tr. 48:19 – The objection is OVERRULED. The highlighted portion of the transcript is excluded.

**Dr. Lawrence** – September 30, 2022

- Tr. 49:17–53:15 – The objection is SUSTAINED. The highlighted portion of the transcript is excluded.

**Dr. Snyder** – October 12, 2022

- Tr. 13:25 – The objection is OVERRULED. The highlighted portion of the transcript is excluded.

- Tr. 16:20–22 – The objection is SUSTAINED. The relevant portion of the transcript (Tr. 16:16–17:4) is excluded.

- Tr. 23:4–5 – The objection is OVERRULED. The highlighted portion of the transcript is excluded.

- Tr. 43:6–10, 43:15–20, 43:22–44:5 – The objections are SUSTAINED. The relevant portion of the transcript (Tr. 43:6–44:8) is excluded.

- Tr. 47:10–50:1 – The objection is OVERRULED. The objections and discussions between counsel (Tr. 47:10–13, 48:8–19, 48:24–25, 49:17–50:1) are excluded.

- Tr. 51:10–23 – The objection is SUSTAINED. The highlighted portion of the transcript is excluded.

- Tr. 55:16–18 – There is no formal objection on the record for this question. To the extent any objection was made, it is OVERRULED.

- Tr. 60:11–20, 61:2–6, 61:14–15, 61:24–62:8, 62:18–19 – The objections are SUSTAINED. The relevant portion of the transcript (Tr. 60:7–63:6) is excluded.

The parties are directed to edit the trial deposition videos consistent with the agreed upon objections and the Court's above rulings.

IT IS SO ORDERED.

Dated: October 24, 2022      s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 24, 2022.

    s/William Barkholz
    WILLIAM BARKHOLZ
    Case Manager